| Prob 22 (VAE Rev 4/13) | | FILED<br>CLERK, U.S. DISTRICT COURT | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|---|
| | **TRANSFER OF JURISDICTION** | 4/21/2017 | 3:12CR00008-001 |
| | | CENTRAL DISTRICT OF CALIFORNIA<br>BY: __MAD__ DEPUTY | DOCKET NUMBER *(Rec. Court)*<br>2:17-CR-00227-FMO |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Linda P. Taylor | DISTRICT<br><br>EASTERN DISTRICT OF VIRGINIA | DIVISION<br><br>Richmond |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Henry E. Hudson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>08/23/2016 | TO<br>08/22/2019 |

OFFENSE:

Conspiracy to Commit Wire Fraud

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the CENTRAL DISTRICT OF CALIFORNIA, VENTURA DIVISION, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.\*

Feb. 27, 2017

Date

/s/ Henry E. Hudson
United States District Judge

\*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>Central District of California.</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

04/19/17

Effective Date

Virginia A. Phillips
United States District Judge