

**KIRY K. GRAY**
Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN  DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN  DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

4/21/2017

Clerk, United States District Court

_____Eastern_____ District of _____Virginia_____

701 East Broad Street, Suite 3000
Richmond, VA 23219

Re:     Transfer of Jurisdiction of Probation

Your Case No.   3:12CR00008-001

Assigned Our Case No.  2:17-CR-00227-FMO

Case Title:   United States of America v.  Linda P. Taylor

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge  Virginia A. Phillips                                               .

Please forward to this district certified copies of the following documents:
1)     Indictment, Information, or Complaint
2)     Judgment and Probationary Order
3)     If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/ or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above.  Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By   /s/ J. Lam (Jenny_Lam@cacd.uscourts.gov)
       Deputy Clerk

cc:     Probation Office, Central District of California
         Probation Office, District of Origin